DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DEPARTMENT OF CHILDREN AND FAMILIES,**
Appellant,

v.

**PRISCILLA CARSWELL YOUNG,**
Appellee.

No. 4D19-3837

[June 18, 2020]

Appeal of non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Keathan B. Frink, Judge; L.T. Case No. CACE19-015380.

Ashley Moody, Attorney General, Tallahassee, and Karen A. Brodeen, Assistant Attorney General, Tallahassee, for appellant.

Crystal L. Arocha and Michael J. Lynott of Milber, Makris, Plousadis & Seidan, LLP, Miami, for appellee.

PER CURIAM.

*Affirmed.*

MAY, FORST and KLINGENSMITH, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***